COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

IN RE:  ROSA SERRANO,

Relator.

§

§

§

§

§

§

§

No. 08-12-00020-CV

AN ORIGINAL PROCEEDING

IN MANDAMUS

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator, Rosa Serrano, *pro se*, has filed a petition for writ of mandamus requesting that this Court order the Honorable Javier Alvarez, Judge of County Court at Law No. 3 of El Paso County, to set aside a written order dated November 22, 2011.

Mandamus will issue only to correct a clear abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992)(orig. proceeding).  In addition, there must be no other adequate remedy at law available to the relator.  *See In re McAllen Medical Center, Inc.*, 275 S.W.3d 458, 464-65 (Tex. 2008)(orig. proceeding).  Based on the petition and record before us, Relator has failed to establish that she is entitled to relief by writ of mandamus.  *See* TEX.R.APP.P. 52.8.  The petition is therefore DENIED.

March 7, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.